IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D'ATHONY BROWN,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:20cv681-MHT
                               )          (WO)
REOSHA BUTLER, Warden,         )
et al.,                        )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about his conditions of confinement due to the presence of prisoners with COVID-19. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders and failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of June, 2021.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**